UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



-PS/CD-O-

DONOVAN HOUGH, 04957-055,

        Petitioner,

-v-

**DECISION AND ORDER**
12-CV-0945A,
89-CR-0115A

UNITED STATES OF AMERICA,

        Respondent.

      On October 5, 2012, petitioner, Donovan Hough, an inmate of a federal correctional facility, filed a *pro se* motion under 28 U.S.C. § 2255 to vacate, set aside or correct a sentence by a person in federal custody with respect to the judgment of conviction entered on June 14, 1991. This is petitioner's second or successive petition with respect to the same judgment of conviction, which was decided under the criminal docket number 89-CR-015A. Petitioner's previous § 2255 motions were filed under 92-CV-502A and 97-CV-145A.

      According to 28 U.S.C. § 2255, "a second or successive motion must be certified as provided in § 2244 by a panel of the appropriate court of appeals." The petitioner's motion has not been so certified. Therefore, in the interests of justice and pursuant to 28 U.S.C. § 1631, this motion shall be transferred to the Second Circuit Court of Appeals for a determination of the certification issue. *Liriano v. United States of America,* 95 F.3d 119 (1996).

IT HEREBY IS ORDERED, that the petitioner's § 2255 motion is transferred to the Second Circuit Court of Appeals.

SO ORDERED.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
DISTRICT COURT

Dated: Oct. 18, 2012